15 A.3d 43

Ronald RINES, Appellant

v.

Shirley Moore SMEAL, Acting Secretary, Pennsylvania Department of Corrections, Appellee.

Supreme Court of Pennsylvania.

Jan. 19, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of January, 2011, the Order of the Commonwealth Court is **AFFIRMED.**